IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 09-CR-30101-MJR |
| DERRICK COURTLAND and JAMES H. | ) | |
| MILBURN, III, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

### ORDER ADOPTING REPORTS AND RECOMMENDATIONS

**REAGAN, District Judge:**

On November 19, 2009 the United States and Defendants Courtland and Milburn appeared before the Honorable Clifford J. Proud, United States Magistrate Judge of this District. Pursuant to Federal Rule of Criminal Procedure 11 and Local Rule 72.1(b)(2), with the consent of the United States and Defendants Courtland and Milburn and following a thorough colloquy, Defendants Courtland and Milburn entered a plea of guilty to the sole count of the indictment.

By two reports filed the same day, Judge Proud recommends that the Court accept the guilty pleas of Courtland and Milburn, that a presentence investigation and report be prepared, and that the Defendants be adjudicated guilty and have sentence imposed accordingly (Docs. 107, 108). The Report was served on the parties the same day in accordance with Rule 49(c) of the Federal Rules of Criminal Procedure along with a "NOTICE" informing them of their right to object to Judge Proud's Report. To date, no objections have been filed, and the period in which such objections may be filed has expired.

Accordingly, the Court **ADOPTS** in its entirety Judge Proud's Reports and Recommendations (Docs. 107, 108), **ACCEPTS** the pleas of guilty to the sole count of the

indictment of both Defendants Courtland and Milburn, **ADJUDGES** Defendants Courtland and Milburn guilty, and **REFERS** the matter to the United States Probation Office so that a presentence investigation and report can be prepared. The sentencing hearing for Courtland and Milburn remains set for April 23, 2010 at 1:30 pm.

**IT IS SO ORDERED**

**DATED December 14, 2009.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**