IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-CR-30101-MJR |
| | ) | |
| DERRICK COURTLAND, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**REAGAN, District Judge:**

Defendant Courtland has moved for the return of several items presently held by the United States through the execution of a search warrant in this case (Doc. 171). Courtland alleges that the items taken were a sweatshirt, $4000 in cash and legal papers. Courtland wants the legal papers and the sweatshirt outright but, with respect to the $4000, wants it returned to the Court as a partial payment for the assessment and restitution he owes in consequence of his felony conviction. The United States admits that it has the sweatshirt and the $4000. It nevertheless opposes the return of the sweatshirt and the $4000 because it needed the sweatshirt as evidence in Courtland's sentencing hearing and because, it alleges, the $4000 may be used in a prosecution against Courtland in Illinois State Court. The United States does not know if it has the legal papers but said it would confer with the case agent assigned to the case.

The parties argued the motion at the sentencing hearing. The only matter to be determined by the Court now is the return of the $4000. Courtland abandoned his interest in the sweatshirt during a colloquy with the Court. By consent of the parties, the Court contacted the Honorable Robert Haida, the State's Attorney for Saint Clair County, Illinois, to determine his intentions with respect to Courtland and the $4000. Mr. Haida informed the Court that he will not claim the $4000 that the United States presently holds. As such, the United States no longer has a reason to retain it.

The Court accordingly **GRANTS IN PART** Courtland's motion for return of property (Doc. 171). The Court **DIRECTS** the United States to pay the $4000 that it seized from Courtland to the Clerk of Court for this District. The Clerk of Court will apply the $4000 in satisfaction of Courtland's $100 special assessment and $9249.17 restitution, in that order. This will leave $5349.17 remaining in restitution to be paid by Courtland. The Court further **DIRECTS** the United States to submit a status report, by June 23, 2010, regarding its possession of Courtland's legal papers if the issue has not been resolved by then.

The Clerk of the Court is directed to supply a copy of this order to:

> The Honorable Robert Haida
> State's Attorney
> #10 Public Square
> Belleville, IL  62221

**IT IS SO ORDERED.**

**DATED June 17, 2010.**


**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**